## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BROOKS TROPICALS, LLC, et al.

        Plaintiffs,

v.

LUCAS BROTHERS MUSHROOMS, INC., et al.

        Defendants.

Case No. 8:11-cv-1145-T-30AEP

## ORDER ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

This cause is before the Court on Plaintiffs' Motion for default judgment against Defendants Lucas Brothers Mushrooms, Inc., Orfanel Lucas and Jesus V. Lucas (collectively, "Defendants").

Upon considering the motion and otherwise being advised in the premises, the Court finds that Defendants were served with the Summons and Complaint, that in excess of twenty (20) days have passed, and that the Clerk has entered the default of Defendants.  Further, the Court finds that Defendants have failed to answer, respond or appear. Moreover, the Court finds that under *Country Best v. Christopher Ranch, LLC*, 361 F.3d 629, 633 (11th Cir. 2004), prejudgment interest and attorney fees are "sums owing in connection" with the produce transactions, and that Defendants shall be responsible for payment of these amounts.

It is therefore **ORDERED AND ADJUDGED** that:

1.    The Motion for Default Judgment (Dkt. 19) jointly submitted by Plaintiffs Brooks Tropicals, LLC and Loera's Fresh Produce, Inc. is hereby granted.

2. The Court grants judgment in favor of Plaintiffs on their claim for the principal amount of $28,369.00, plus interest of $6,095.96, and on their claim for attorneys' fees of $4,916.25.

3. Defendants Lucas Brothers Mushrooms, Inc., Orfanel Lucas, and Jesus V. Lucas shall be jointly and severally liable for the judgment.

4. Defendants shall be responsible for costs in the amount of $648.68.

5. Defendants shall be responsible for post-judgment interest at the applicable federal statutory interest rate.

6. The Clerk is directed to terminate any pending motions as moot, and to close this case.

**DONE and ORDERED** in Tampa, Florida on January 4, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-1145.dj.doc